

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2023

No. 04-23-00118-CR

**IN RE** Maxwell **JORDAN**

Original Proceeding[1]

**ORDER**

On February 9, 2022, relator Maxwell Jordan filed a petition for writ of mandamus. Jordan also filed a motion for leave to file his petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Additionally, we **DENY** as moot Jordan's request to file a petition for writ of mandamus because leave is not required to file a petition in an intermediate appellate court. *See* TEX. R. APP. P. 52.1; *In re Medina*, 04-19-00041-CR, 2019 WL 360534, at *1 (Tex. App.—San Antonio Jan. 30, 2019, orig. proceeding) (mem. op., not designated for publication).

It is so **ORDERED** on February 22, 2023.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2023.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015CR1752, styled *State of Texas v. Maxwell Jordan*, pending in the 187th Judicial District Court, Bexar County, Texas, the Honorable Stephanie R. Boyd presiding.